IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ACTION COMMITTEE,
INC.,

Plaintiff,

v.  Case No. 6:15-cv-1525-Orl-40GJK

SEMINOLE COUNTY and
SHERIFF DONALD F. ESLINGER,
in his Official Capacity as Sheriff
of Seminole County,

Defendants.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL

All parties, by undersigned counsel, hereby stipulate to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Without Defendants waiving Federal Rule of Civil Procedure 41(d), each party to bear its own costs and fees to date.

/s/ Cassandra Capobianco
Cassandra Capobianco
Fla. Bar No. 614734
Florida Institutional Legal Services Project
Florida Legal Services
14260 W. Newberry Road, #412
Newberry, FL 32669
(352) 375-2494 (telephone)
(352) 331-5202 (facsimile)
cassandra@floridalegal.org

Peter P. Sleasman, Esq.
Fla. Bar No. 367931
4723 NW 53rd Ave, Ste. B
Gainesville, Florida 32653
850-488-9071 (telephone)
850-488-8640 (facsimile)
PeterS@DisabilityRightsFlorida.org

Counsel for Plaintiff

/s/Thomas Poulton
Thomas W. Poulton
DeBevoise & Poulton, P.A.
Suite 1010
1035 South Semoran Boulevard
Winter Park, Florida 32792
(407) 673-5000
poulton@debevoisepoulton.com
Counsel for Defendant Sheriff


/s/ Lynn P. Porter-Carlton
LYNN P. PORTER-CARLTON
Deputy County Attorney
Florida Bar No. 0455301
SEMINOLE COUNTY ATTORNEY'S OFFICE
Seminole County Services Building
1101 East 1st Street
Sanford, Florida  32771
Telephone:  (407) 665-7254
Facsimile:   (407) 665-7272
Primary e-mail: lporter-carlton@seminolecountyfl.gov
Secondary e-mail: dedge@seminolecountyfl.gov
Attorney for Defendant, SEMINOLE COUNTY, FLORIDA

**CERTIFICATE OF SERVICE**

I certify that I have served the foregoing document through electronic mail to all counsel of record on October 25, 2016.

_____

Cassandra Capobianco
Counsel for Plaintiff